NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**UNITED TECHNOLOGIES CORPORATION,**
*Appellant*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Appellee*

―――――――――

2018-1020

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00534.

―――――――――

**JUDGMENT**

―――――――――

PATRICK JOSEPH COYNE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by MICHAEL ANDREW HOLTMAN, SYDNEY KESTLE, JEFFREY CURTISS TOTTEN; BENJAMIN AARON SAIDMAN, Atlanta, GA.

BRIAN E. FERGUSON, Weil, Gotshal & Manges LLP, Washington, DC, argued for appellee. Also represented by STEPHEN BOSCO, CHRISTOPHER PEPE; ANISH R. DESAI, New York, NY.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2018          /s/ Peter R. Marksteiner
      Date                        Peter R. Marksteiner
                                  Clerk of Court